UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

Aristides Cabrera
                    Plaintiff,

            -against-

Cynthia Brann NYC D.O.C
Commissioner; Patsy Yang Health
Director Commissioner; Margaret
Egan Board of Corr. Exec, Director
                    Defendant.

____CV____

U.S.C § 1983
COMPLAINT

Do You want a Jury Trial
☒ Yes    ☐ No

RECEIVED
SDNY PRO SE OFFICE
2021 JAN 28  AM 10: 53

NOTICE

The public can access electronic Court files. For privacy and security reasons, papers filed with the Court should therefore not contain; an individuals full Social Security number or full birth date, or the complete financial account number. A filing may only include; the last four digits of a Social security number; the YEAR of an individuals birth; the last four digits of a financial account number see Federal Rule of Civil Proc. 5.d

(1)

# I. LEGAL BASIS FOR CLAIM

☒ Violation of my federal Constitutional Rights

☒ Other: 8th Amendment Cruel & unusual punishment; 14th Amendment Due process; Equal Protection Clause

# II. PLAINTIFF INFORMATION

Aristides
First Name

Middle Initial

Cabrera
Last Name

24|2000976
Prisioner ID #

VERNON C. Baine Center
Current Place of Detention

1 Halleck Street
Insitutional Address

Bronx
County, City

New York
State

10474
Zip Code

# III. PRISONER STATUS

☒ Pre-trial detainee
☐ Convicted and Sentenced prisioner
☐ Other: _____

(2)

IV. DEFENDANT INFORMATION

Defendant 1: Cynthia                    Brann
             First Name                 Last Name
N.Y. City Dept. of Corr. Commissioner
Current Job Title


Current Work Address


County, City              STATE                    Zip Code

Defendant 2: Patsy                      Yang
             First Name                 Last Name

Health Director Commissioner
Current Job Title


Current Work Address


County, City              State                    Zip Code

Defendant 3: Margaret                   Egan
             First Name                 Last Name

Board of Corr. Exec. Director
Current Job Title


Current Work Address


County, City              State                    Zip Code


(3)

## V. STATEMENT OF CLAIM

Place(s) of Occurence: <u>Vernon C. Baine Center Housing unit #2BA</u>

Date(s) of Occurence: <u>January 15th 2021 - January 16th 2021</u>

FACTS:

The Defendants Cynthia Brann NYC Dept. of Corr. Commissioner; Patsy Yang Health Director Commissioner; Margaret Egan Board of Correction Executive Director, has had my Dormatory #2BA on Vernon C. Baine Center Delibertly, or Recklessly without giving me or us 6ft Social Distancing that the C.D.C advised to slow the spread of the COVID-19 virus, and as well I/Plaintiff have been forced into a Dormatory past the 50% Inside gathering mandates set by New York Gov. Andrew Cumo, and NYC Mayor Bill Delblasio. Which denys me the same Equal Life saving protections as People outside of jail are being afforded which the 14th Amendment Guarntees me the Right(s) of. And Due to Defendant's Deliberate Indifference or Recklessness to not have 6ft Social Distancing; or follow the 50% Inside gathering mandates (3) People (i.e. Cyril sheppard; Bill Graves; George?) have came up positive for having COVID-19 virus, As aforementioned my Housing unit #2BA on Vernon C. Baine Center is Not cells, it's an OPEN Dormatory with beds 3-4 inches behind one another, and beds 3-4 ft across from one another, without dividers; moreso All at Moment (32) people share sinks; Toilets; and Showers, was (35) people before the (3) people came up positive for COVID-19 virus. Which is (10) people PAST the 50% Inside gathering capacity mandates. I made a *311 Complaint on Defendants about matters stated herein (see EXHIBIT A Herein)

(4)

V. FACTS (continued):

This is to also mention before and after the (3) Individuals People I/Plaintiff mentioned Do and still do not have the Proper or adequate disinfectent, or sanitation chemicals or equt to sterilize my/Plaintiff Dormatory. Now the actions of Defendants after knowing there was a CoVID-19 virus positive outbreak in my Dorm 2BA have Intentionally and Deliberatley Indifference Violated my Protected 14th Amendment Rights to Life & Liberty (see EXHIBIT A Herein).

INJURIES:

The Mental & Emotional harm of Not Knowing from day to day whether I'll caught the CoVID-19 virus or not, whether I'll live or die from this Deadly virus Considering its an open dormatory without 6ft Social distancing, and 50% Inside gathering capacity. And without proper or adequate sanitation and or sterlization chem. or equt. from the recent (3) positive CoVID-19 virus cases in my Dorm 2BA

VI. RELIEFS:

1). That I be R.OR and a Court appearence date be issued/Injunctive Relief until the CoVID-19 virus is better maintained as reason stated herein

2). That Injunctive Relief for 6ft Social Distancing be enforced and as well as 50% Inside gathering mandates be enforced upon the Defendants mentioned herein for V.C.B.C #2BA

3) That Defendant's pay me/Plaintiff Compensative Damages of $250,000 dollars for Deliberatly and Intentially violating my 14th Amendment Constitutional Right(s) of Due Process, and Equal Protections of Life & Liberty for reasons mentioned herein this COMPLAINT

4). That Defendants pay me/Plaintiff Punitive Damages of $250,000 dollars for Deliberatly and Intentially violating my 14th Amendment cont. Right(s) of Due Process and Equal Protection of Life & Liberty for reasons is this §1983 complaint

(5)

# VII. PLAINTIFF'S CERTIFICATION AND WARNING

By signing below, I certify to the best of my Knowledge, information and belief that: (1) the complaint is not being presented for improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous arguements to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule Civil Procedure 11.

I understand that if I file three or more cases while I am a prisioner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied in forma pauperis status in future cases.

I also understand that prisioners must exhaust administrative procedures before filing an action in federal court about prision conditions, 42 U.S.C §1997 e(a) and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the clerks office with any changes to my address. I understand that my failure to keep a current address on file with the Clerks Office may result in the dismissal of my case.

1/16/21
Dated

Plaintiff's Signature

Aristides
First Name

Middle Initial

Cabrera
Last Name

1 Halleck Street
Prision Address

Bronx
County, City

New York
State

10474
Zip Code

Date on which I am delivering this complaint to prision authorities for mailing: 1/16/21

EXHIBIT A   *311 COMPLAINT

Aristides    Cabrera         Ec-00242631
First Name   Last Name       Complaint #

1-15-21
DATED



Aristides Cabrera (2412000976)
V.C.B.C
1 Halleck St.
Bronx, N.Y.
10474

Attn: Clerk of the Court
U.S. Southern District Court
of New York
Courthouse
500 Pearl Street
New York, N.Y. 10007

RECEIVED JAN 26 2021 CLERKS OFFICE S.D.N.Y.

Pro Se